**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

325 S. 18th STREET, LLC and BRUCE
FASSETT,

          *Plaintiffs,*

   v.

PHILADELPHIA COMMUNITY
DEVELOPMENT COALITION, et al.,

          *Defendants.*

CIVIL ACTION
NO. 25-6867

## ORDER

**AND NOW**, this 20th day of February 2026, upon consideration of Plaintiff's

Complaint (Dkt. No. 1), the Motions to Dismiss, (Dkt. Nos. 11, 14, 32), Plaintiff's

Responses, (Dkt. No. 17, 28, 33), Defendants' Sur-reply in Opposition, (Dkt. No. 22),

and Plaintiff's Limited Response to Joint Defendants' Sur-reply, (Dkt. No. 26), it is

hereby **ORDERED** that the motions are **GRANTED** as follows:

1. All claims against Qing Qing Ke, Jin Fang Zhang, Toner Law Group, PLLC, Orphanides & Toner, LPP, Paul Toner, and Gardner Fox Associates, Inc. are **DISMISSED without prejudice**.

2. The request from Toner Law Group, Orphanides & Toner, and Paul Toner to designate 325 S. 18th Street and Olivia Adams as "vexatious litigants" and preclude them from filing further actions involving Defendants or Act 135 petitions without prior approval, (Dkt. No. 14), is **DENIED without prejudice**.

3. Plaintiffs may file an amended complaint consistent with the accompanying memorandum on or before **March 20, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.