

# CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA  19102

Dominique Holy
Assistant City Solicitor
Affirmative & Special Litigation
15th Floor
215-683-5044
215-683-5299 (fax)
dominique.holly@phila.gov

March 26, 2026

**VIA ECF**
The Honorable Judge Gerald J. Pappert


**RE:**    *325 S. 18th Street, LLC, et al v. Philadelphia Community Development Coalition, Inc. et al* **(E.D. Pa. No. 2:25-cv-6867)**

Dear Judge Pappert:

The City writes to indicate its position regarding Plaintiffs' Motion for Leave to File a Second Amended Complaint at ECF No. 38. The City does not oppose Plaintiffs' motion. Additionally, due to the length and complexity of the proposed amended complaint, the City respectfully requests 21 days to respond to the proposed amended complaint.

Respectfully submitted,

*/s/ Dominique Holly*
Dominique Holly
Assistant City Solicitor