## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

325 S. 18th STREET, LLC and BRUCE
FASSETT,

           *Plaintiffs,*

    v.

PHILADELPHIA COMMUNITY
DEVELOPMENT COALITION, et al.,

           *Defendants.*

CIVIL ACTION
NO. 25-6867

### ORDER

**AND NOW**, this 26th day of March 2026, upon consideration of Plaintiffs'

Motion for Leave to File a Second Amended Complaint and to Strike Prior Amended

Complaint (Dkt. No. 38) and the City of Philadelphia's March 26 Letter (Dkt. No. 39), it

is hereby **ORDERED** that:

1. Plaintiffs' motion is **GRANTED.**

2. The Second Amended Complaint, together with its Index of Exhibits and

   Appendices A-M (Dkt. No. 38-2 and 38-3), is deemed filed as of March 26,

   2026.

3. Defendants shall file a response to Plaintiffs' Second Amended Complaint on

   or before **April 16, 2026.**

           BY THE COURT:

           */s/ Gerald J. Pappert*
           Gerald J. Pappert, J.