**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

325 S. 18th STREET, LLC and BRUCE
FASSETT,

           *Plaintiffs,*

    v.

PHILADELPHIA COMMUNITY
DEVELOPMENT COALITION, et al.,

           *Defendants.*

CIVIL ACTION
NO. 25-6867

## <u>ORDER</u>

**AND NOW**, this 18th day of June, 2026, upon consideration of the Second

Amended Complaint, (Dkt. No. 41), Defendants' Motions to Dismiss, (Dkt. Nos. 47, 48,

55, 57, 60, 65), Plaintiffs' Responses in Opposition, (Dkt. Nos. 66 & 68), Gardner Fox

Associates, Inc.'s Reply, (Dkt. No. 71), Paul Toner's Reply, (Dkt. No. 73), and the

Motions to Strike, (Dkt. Nos. 72, 74, 75), it is hereby **ORDERED** as follows:

1. The Motions to Dismiss, (Dkt. Nos. 47, 48, 55, 57, 60, 65), are **GRANTED**.

   All claims are **DISMISSED with prejudice**.

2. The requests to label 325 S. 18th Street, LLC, Bruce Fassett and Olivia

   Adams as "vexatious litigants" and preclude them from filing further

   actions involving Defendants or Act 135 petitions without prior approval,

   (Dkt. Nos. 47 & 60), are **DENIED without prejudice**.

3. 325 S. 18th Street, LLC, Bruce Fassett, and Olivia Adams are put on

   **NOTICE** that should they file additional cases related to the

   conservatorships at 325 S. 18th Street or 5105 Overbrook Avenue, **the**

**Court will order them to show cause to explain why a vexatious-litigant injunction should not issue**.

4.     The Motions to Strike, (Dkt. Nos. 72, 74, 75), are **DENIED**.[1]

5.     The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1]     Plaintiffs move to strike the replies or alternatively file sur-replies to address "new matter." (Dkt. Nos. 72, 74, 75.)  Reply briefs are permitted so long as they are filed "within seven days of the date that a non-moving party files its opposition brief," do not exceed ten pages, and are limited to issues newly raised in the opposing party's response.  *See* The Court's Policies & Procedures at 4 (June 2025).  Both replies comply with those requirements, *see* (Dkt. Nos. 71 & 72), and sur-replies will not be permitted.  Enough has been written about this case.